|  |  |  |
|---|---|---|
| In re Report of the Commission on | : |  |
| Continuing Legal Education. | : |  |
|  | : | ORDER |
| [Name of Attorney] | : | [Filed December 21, 2001] |
| ( # [Attorney Registration No.]), | : |  |
| Respondent. | : |  |

This matter originated in this court on the filing of a report by the Commission on Continuing Legal Education (the "commission") pursuant to Gov.Bar R. X(6)(A)(1)(b) and (A)(2)(d). The commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov.Bar R. X, Attorney Continuing Legal

Education, for the 1999–2000 reporting period.

On November 14, 2001, pursuant to Gov.Bar R. X(6)(B)(1), this court issued to the respondent an order to show cause why the recommended sanction should not be adopted by the court and an order so entered against the respondent. Pursuant to the order to show cause, respondent has tendered payment in the amount of the recommended sanction, in lieu of filing objections. Upon consideration thereof,

IT IS ORDERED by the court that the sanction of $[　] is hereby imposed upon the respondent and payment of the sanction is acknowledged.

IT IS FURTHER ORDERED by the court that this Order shall not be considered a disciplinary order pursuant to Gov.Bar R. V or Gov.Bar R. X(6)(H).

IT IS FURTHER ORDERED by the court that the Clerk shall send this order by certified mail to the respondent at the business address registered with the Clerk under Gov.Bar R. VI; that, if this order is returned as undeliverable or unclaimed, the Clerk shall resend it by regular mail to the respondent at the residence address registered with the Clerk; and that service of this order in accordance with the foregoing shall be deemed effective service.

IT IS FURTHER ORDERED that, payment of the sanction notwithstanding, respondent shall comply with the requirements imposed by Gov.Bar R. X for the 1999–2000 reporting period. See CLE Reg. 503.4.

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| Jennifer Monroe | 0043071 | | CA | | | $420.00 |
| Bernadette Walsh | 0055589 | | NJ | | | $250.00 |
| Lawrence E. Mack | 0061407 | | NJ | | | $150.00 |
| Mary Kathleen O'Sullivan Farchione | 0040499 | Cuyahoga | OH | | | $340.00 |
| Mark Edward Moulton | 0067916 | Cuyahoga | OH | | | $370.00 |
| Thomas Albert Williams | 0014565 | Perry | OH | | | $60.00 |
| Wendy Noel Weigand | 0062589 | | AZ | | AZ | $520.00 |
| Gerald Walter Palmer | 0020272 | | CA | | CA | $220.00 |
| David Alan Samuels | 0021041 | | CA | | CA | $100.00 |
| David Leigh Wheeler | 0066623 | | CA | | CA | $155.00 |
| James Joseph VanBergen | 0083377 | Cuyahoga | OH | | CA | $340.00 |
| Peter John Muniz | 0042050 | | CT | | CT | $280.00 |
| Angela Maria Moore | 0063933 | | MD | | DC | $170.00 |
| Rajeev Kumar Malik | 0069945 | | DC | | DC | $100.00 |
| Terry Lee Tataru | 0000016 | | FL | | FL | $750.00 |
| John Joseph Raymond | 0002248 | | FL | | FL | $610.00 |
| Garry William O'Donnell | 0032926 | | FL | | FL | $460.00 |
| Jeffrey David Swartz | 0032976 | | FL | | FL | $100.00 |
| Ty Michael Votaw | 0039044 | | FL | | FL | $340.00 |
| William Douglas Thorne | 0037416 | | IN | | IN | $150.00 |
| Daniel Charles McCarthy | 0037441 | | IN | | IN | $250.00 |
| Christopher Lee Riegler | 0061444 | | IN | | IN | $100.00 |
| Robert Earl Roberts | 0069048 | | IN | | IN | $350.00 |
| Michael William Westling | 0015161 | | KY | | KY | $150.00 |
| Richard Alan Schwartz | 0018080 | | KY | | KY | $100.00 |
| Shawn Charles McCormick | 0032149 | | KY | | KY | $150.00 |
| Kymberly Troup Wellons | 0062366 | | KY | | KY | $100.00 |
| Gregg Edward Thornton | 0064689 | | KY | | KY | $150.00 |
| Scott Philip Whonsetler | 0065864 | | KY | | KY | $90.00 |
| Lawrence Gary Reinhold | 0014882 | | MI | | MI | $100.00 |
| Roy Lee Roulhac | 0019452 | | MI | | MI | $100.00 |
| Tricia Ann Sherick | 0068329 | | MI | | MI | $460.00 |
| David Marc Radner | 0070293 | | MI | | MI | $370.00 |
| Timothy K. McConaghy | 0071807 | | MI | | MI | $205.00 |
| David William Mason | 0055784 | | NJ | | NJ | $100.00 |
| Andrew Stowell Wentworth | 0002361 | | NV | | NV | $190.00 |
| Donald George Rehkopf Jr. | 0016232 | | NY | | NY | $100.00 |
| Jay Edward Moyer | 0037466 | | NY | | NY | $100.00 |
| Jonathan Otto Salkin | 0065697 | | NY | | NY | $170.00 |

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| Patricia Kay Smith | 0006624 | | PA | | PA | $250.00 |
| Kenneth Bradley Mellor | 0040794 | | PA | | PA | $100.00 |
| Bruce Gordon Sandmeyer | 0040934 | | PA | | PA | $750.00 |
| Gordon Allan Senerius | 0015282 | | SC | | SC | $610.00 |
| Frederick Julian Telecky Jr. | 0031280 | | TX | | TX | $150.00 |
| Erin Louise Scally | 0033547 | | VA | | VA | $250.00 |
| Thayne Tahlman Needles | 0059747 | | VA | | VA | $190.00 |
| Chancellor Wayne Patterson | 0062858 | | DC | | VA | $700.00 |
| Linda Diane Walton | 0033963 | | WA | | WA | $440.00 |
| Reese Erik Solberg | 0068790 | | WA | | WA | $100.00 |
| Robert Neal Pierce Jr. | 0028379 | | WV | | WV | $250.00 |
| Christopher John McCarthy | 0063727 | | WV | | WV | $100.00 |
| Daniel Paul Taylor | 0068955 | | WV | | WV | $100.00 |
| Daniel T. Yon | 0070719 | | WV | | WV | $160.00 |
| Kevin James Stotts | 0069830 | Allen | OH | Allen | OH | $250.00 |
| John Gregory Maxa | 0033131 | Miami | OH | Auglaize | OH | $350.00 |
| John Andrew Vavra | 0024563 | Belmont | OH | Belmont | OH | $100.00 |
| Kenneth Michael Miller | 0047157 | Brown | OH | Brown | OH | $150.00 |
| Theodore Repper Jr. | 0031456 | Butler | OH | Butler | OH | $250.00 |
| Daniel Andrew Nastoff | 0056263 | Butler | OH | Butler | OH | $65.00 |
| Monica Lynn Spohn | 0066637 | Butler | OH | Butler | OH | $440.00 |
| Stephen Edward Schutte | 0027162 | Clark | OH | Clark | OH | $80.00 |
| William Joseph Reynolds | 0061242 | Clermont | OH | Clermont | OH | $400.00 |
| Daniel Fredric Roules | 0037391 | | | Cuyahoga | OH | $530.00 |
| Joseph Raymond Stampfel | 0002463 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| John Allen Weedon | 0002839 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Richard Michael Summers | 0005284 | Cuyahoga | OH | Cuyahoga | OH | $120.00 |
| Gerald Lawrence Steltenkamp | 0005559 | Cuyahoga | OH | Cuyahoga | OH | $90.00 |
| Michael Richard Perme | 0005942 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Jerome Anthony Milano | 0008204 | Cuyahoga | OH | Cuyahoga | OH | $250.00 |
| Charles Lindell Patton Jr. | 0016678 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Dale Paul Zucker | 0021727 | Cuyahoga | OH | Cuyahoga | OH | $440.00 |
| Ann McGowan Porath | 0022244 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Teddy Sliwinski | 0024901 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Carl Casper Monastra | 0025029 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Shirley Strickland Saffold | 0025319 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Sidney Irving Picker Jr. | 0028194 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| James David Roseman | 0029040 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Jane M. Picker | 0031325 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Jaime Planes Serrat | 0031660 | Cuyahoga | OH | Cuyahoga | OH | $160.00 |
| Dan Anthony Morell Jr. | 0033676 | Cuyahoga | OH | Cuyahoga | OH | $120.00 |
| James Cornell Young | 0034227 | Cuyahoga | OH | Cuyahoga | OH | $250.00 |
| Thomas Michael Wilson | 0038933 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Csilla Emoke Smith | 0039836 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Daniel Glenn Morris | 0040449 | Cuyahoga | OH | Cuyahoga | OH | $250.00 |
| Jane Catherine Ockuly | 0041936 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Ross Raymond Paul | 0046824 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| David Jacob Rzepka | 0052154 | Cuyahoga | OH | Cuyahoga | OH | $640.00 |
| Scott Allen Williams | 0052162 | Cuyahoga | OH | Cuyahoga | OH | $250.00 |
| Carl H. Young III | 0052252 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Paul Smith | 0056172 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Pauline Harriet Tarver | 0058497 | Cuyahoga | OH | Cuyahoga | OH | $250.00 |
| Mary Elizabeth Sweeney | 0059397 | Cuyahoga | OH | Cuyahoga | OH | $60.00 |
| Daniel Joseph Nealon | 0063752 | Cuyahoga | OH | Cuyahoga | OH | $350.00 |
| Scott N. Opincar | 0064027 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Andrea Sinclair Wilson | 0068487 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Jeanne M. Rea | 0070763 | Cuyahoga | OH | Cuyahoga | OH | $460.00 |
| John E. Steiner, Jr. | 0070796 | Cuyahoga | OH | Cuyahoga | OH | $100.00 |
| Michael Anthony Ross | 0071545 | Cuyahoga | OH | Cuyahoga | OH | $150.00 |
| Nicholas Michael Moroz | 0038156 | Lake | OH | Cuyahoga | OH | $100.00 |
| James Harry Schulz Jr. | 0025303 | Lorain | OH | Cuyahoga | OH | $215.00 |
| Mark Charles Pirozzi | 0005561 | Summit | OH | Cuyahoga | OH | $65.00 |
| Eric John Moesle | 0063653 | Fairfield | OH | Fairfield | OH | $55.00 |
| Harold DeWolf Paddock III | 0020414 | Delaware | OH | Franklin | OH | $250.00 |

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| James Edwin Malek | 0065365 | Delaware | OH | Franklin | OH | $150.00 |
| James Michael Wiles | 0007441 | Franklin | OH | Franklin | OH | $100.00 |
| John Patrick Posani | 0009252 | Franklin | OH | Franklin | OH | $220.00 |
| J. William Petro | 0012336 | Franklin | OH | Franklin | OH | $100.00 |
| Randal D. Robinson | 0013490 | Franklin | OH | Franklin | OH | $150.00 |
| Lewis Nathan Osterman III | 0016184 | Franklin | OH | Franklin | OH | $55.00 |
| Mark Jeffrey Sheriff | 0019273 | Franklin | OH | Franklin | OH | $250.00 |
| Carl Joseph Rechner Jr. | 0021219 | Franklin | OH | Franklin | OH | $680.00 |
| Edward Dennis Muchnicki | 0024734 | Franklin | OH | Franklin | OH | $100.00 |
| Grady Lee Pettigrew Jr. | 0029175 | Franklin | OH | Franklin | OH | $100.00 |
| Howard Francis Wilson | 0029310 | Franklin | OH | Franklin | OH | $680.00 |
| Cary Wesley Purcell | 0030173 | Franklin | OH | Franklin | OH | $250.00 |
| Anthony Joseph Touschner | 0031177 | Franklin | OH | Franklin | OH | $150.00 |
| Robert Johnson Grey Morton | 0031394 | Franklin | OH | Franklin | OH | $150.00 |
| Michael Kevin Ording | 0033200 | Franklin | OH | Franklin | OH | $180.00 |
| Dana Martin Peters | 0034226 | Franklin | OH | Franklin | OH | $150.00 |
| William Wesley Spencer | 0037305 | Franklin | OH | Franklin | OH | $150.00 |
| Harley Edwin Rouda Jr. | 0037926 | Franklin | OH | Franklin | OH | $165.00 |
| Mathew Joseph Voltolini | 0040695 | Franklin | OH | Franklin | OH | $150.00 |
| Carolyn D. Peterson | 0054081 | Franklin | OH | Franklin | OH | $250.00 |
| Brian William Palmer | 0058476 | Franklin | OH | Franklin | OH | $150.00 |
| David Jerome Robinson | 0059369 | Franklin | OH | Franklin | OH | $150.00 |
| Patrick Michael O'Neill | 0062519 | Franklin | OH | Franklin | OH | $150.00 |
| Steven Eric Miller | 0066489 | Franklin | OH | Franklin | OH | $180.00 |
| Jay Gregg Perez | 0067619 | Franklin | OH | Franklin | OH | $100.00 |
| David Wayne Saleme | 0067765 | Franklin | OH | Franklin | OH | $150.00 |
| Alex Pomerants | 0069003 | Franklin | OH | Franklin | OH | $340.00 |
| Geoffrey Strong Silver | 0071526 | Franklin | OH | Franklin | OH | $150.00 |
| Thomas Wyatt Palmer | 0072816 | Franklin | OH | Franklin | OH | $150.00 |
| Lewis Marshall Tingle | 0033436 | Guernsey | OH | Guernsey | OH | $550.00 |
| Dwight David Myfelt | 0064101 | | KY | Hamilton | OH | $510.00 |
| Matthew Joseph Morelli | 0063738 | Cuyahoga | OH | Hamilton | OH | $150.00 |
| Douglas William Rennie | 0001148 | Hamilton | OH | Hamilton | OH | $100.00 |
| Morton Isaac Rosenbaum | 0008916 | Hamilton | OH | Hamilton | OH | $100.00 |
| Fredric Townsend Rekstis | 0015173 | Hamilton | OH | Hamilton | OH | $100.00 |
| Marc David Mezibov | 0019316 | Hamilton | OH | Hamilton | OH | $100.00 |
| David Eugene Stocker | 0020476 | Hamilton | OH | Hamilton | OH | $250.00 |
| Frances Lynne Sheard | 0030445 | Hamilton | OH | Hamilton | OH | $215.00 |
| David Edward Wilson | 0031990 | Hamilton | OH | Hamilton | OH | $100.00 |
| David Woodward Pfeiffer | 0032141 | Hamilton | OH | Hamilton | OH | $150.00 |
| Mark Gerard Stenger | 0033624 | Hamilton | OH | Hamilton | OH | $150.00 |
| Thomas Robert Myers | 0041111 | Hamilton | OH | Hamilton | OH | $100.00 |
| Jakki Lynn Haussler | 0043674 | Hamilton | OH | Hamilton | OH | $55.00 |
| Russell John Mock | 0066852 | Hamilton | OH | Hamilton | OH | $150.00 |
| Kelly Janeen Rice | 0068900 | Hamilton | OH | Hamilton | OH | $150.00 |
| James Patrick Urling | 0070567 | Hamilton | OH | Hamilton | OH | $150.00 |
| Jason Matthew Nelson | 0071547 | Hamilton | OH | Hamilton | OH | $150.00 |
| Daniel Scott Zegarski | 0065562 | Warren | OH | Hamilton | OH | $250.00 |
| Reese Mark Wineman | 0032268 | Huron | OH | Huron | OH | $720.00 |
| David Cary Morrison | 0018281 | Licking | OH | Licking | OH | $60.00 |
| Jerry Patrick Purcel | 0031869 | | MI | Lucas | OH | $100.00 |
| Robert John Rogers | 0019373 | Geauga | OH | Lucas | OH | $150.00 |
| Robert Evans Pollock | 0015729 | Lucas | OH | Lucas | OH | $215.00 |
| Richard Frank Michalak | 0020807 | Lucas | OH | Lucas | OH | $100.00 |
| Michael John Zychowicz | 0029630 | Lucas | OH | Lucas | OH | $100.00 |
| Linda N. Mansour–Ismail | 0033929 | Lucas | OH | Lucas | OH | $250.00 |
| David Louis Martin | 0039953 | Lucas | OH | Lucas | OH | $250.00 |
| John Howard Shuba | 0046784 | Lucas | OH | Lucas | OH | $150.00 |
| James Ian Rothschild | 0061944 | Lucas | OH | Lucas | OH | $150.00 |
| Diana Rachelle Patton | 0067580 | Lucas | OH | Lucas | OH | $150.00 |
| Mark John Sobanski | 0022458 | Wood | OH | Lucas | OH | $55.00 |
| Dan Louis Rossi | 0006062 | Mahoning | OH | Mahoning | OH | $70.00 |
| James Anthony Vitullo | 0015388 | Mahoning | OH | Mahoning | OH | $640.00 |
| Robert Vaughan Spayd | 0016528 | Montgomery | OH | Montgomery | OH | $150.00 |

| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| John Paul Rieser | 0017850 | Montgomery | OH | Montgomery | OH | $150.00 |
| Dwight Allan Washington | 0018776 | Montgomery | OH | Montgomery | OH | $100.00 |
| Thomas Michael Poulton | 0025105 | Montgomery | OH | Montgomery | OH | $190.00 |
| Denise Ann Underwood · | 0030611 | Montgomery | OH | Montgomery | OH | $150.00 |
| Derrick Anthony Strahorn | 0034483 | Montgomery | OH | Montgomery | OH | $100.00 |
| Jaime Taronji Jr. | 0037497 | Montgomery | OH | Montgomery | OH | $150.00 |
| Michael Cash Thompson | 0041420 | Montgomery | OH | Montgomery | OH | $100.00 |
| Michael Todd Marsh | 0059443 | Montgomery | OH | Montgomery | OH | $150.00 |
| Charles Wharton Slicer III | 0059927 | Montgomery | OH | Montgomery | OH | $150.00 |
| Mark Edwin Snyder | 0070127 | Montgomery | OH | Montgomery | OH | $250.00 |
| Douglas Michael Ventura | 0029494 | Warren | OH | Montgomery | OH | $150.00 |
| David Alan Shough | 0029678 | Warren | OH | Montgomery | OH | $150.00 |
| Stephen John Smith | 0056191 | Portage | OH | Portage | OH | $150.00 |
| John Randolph Spon Jr. | 0001805 | Richland | OH | Richland | OH | $210.00 |
| Jack David Young | 0010374 | Scioto | OH | Scioto | OH | $100.00 |
| Mary Antoinette Wilson | 0006219 | Stark | OH | Stark | OH | $100.00 |
| John Andrew Tscholl | 0043205 | Stark | OH | Stark | OH | $150.00 |
| Sandra Jean Machan | 0056034 | Stark | OH | Stark | OH | $150.00 |
| Peter Timothy Zackaroff | 0008701 | Summit | OH | Stark | OH | $750.00 |
| Daniel James McGown | 0017826 | Medina | OH | Summit | OH | $720.00 |
| Michael Leslie Robinson | 0013028 | Summit | OH | Summit | OH | $230.00 |
| Henry Claude Young Jr. | 0015701 | Summit | OH | Summit | OH | $150.00 |
| Shelley Marie McConnell | 0067065 | Summit | OH | Summit | OH | $250.00 |
| Jon David Tucker | 0068817 | Summit | OH | Summit | OH | $220.00 |
| Eric Ramsey Waite | 0068087 | Portage | OH | Trumbull | OH | $150.00 |
| Christopher Philip Zuzolo | 0061957 | Trumbull | OH | Trumbull | OH | $270.00 |
| Traci Timko Rose | 0070138 | Trumbull | OH | Trumbull | OH | $170.00 |
| Edd Kenneth Wright | 0018292 | Tuscarawas | OH | Tuscarawas | OH | $150.00 |
| Sharon Kay Robinson–Walls | 0070539 | Union | OH | Union | OH | $150.00 |